# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

December 1, 2025

To: Linda M. Klemm
UNITED STATES DISTRICT COURT
Eastern District of Wisconsin
Milwaukee, WI 53202-0000

| | |
|---|---|
| No. 25-1148 | BARRY J. SMITH, SR.,<br> Plaintiff - Appellant<br><br>v.<br><br>UNITED STATES CONGRESS and WISCONSIN LEGISLATURE,<br> Defendants - Appellees |
| No. 25-1540 | BARRY J. SMITH, SR.,<br> Plaintiff - Appellant<br><br>v.<br><br>COMMUNITY CARE INC. and GUARDIANTRAC LLC,<br> Defendants - Appellees |

**Originating Case Information:**

District Court No: 2:19-cv-01001-PP
Eastern District of Wisconsin
District Judge Pamela Pepper

**Originating Case Information:**

District Court No: 2:20-cv-01482-JPS
Eastern District of Wisconsin

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                    No record to be returned

form name: **c7_Mandate**   (form ID: **135**)