# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



|   | Everett McKinley Dirksen<br>United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 |   | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |
|---|---|---|---|

**CERTIFIED COPY**

## FINAL JUDGMENT

October 10, 2025

Before
DAVID F. HAMILTON, *Circuit Judge*
DORIS L. PRYOR, *Circuit Judge*
JOSHUA P. KOLAR, *Circuit Judge*

| No. 25-1148 | BARRY J. SMITH, SR.,<br>    Plaintiff - Appellant<br><br>v.<br><br>UNITED STATES CONGRESS and WISCONSIN LEGISLATURE,<br>    Defendants - Appellees |
|---|---|
| No. 25-1540 | BARRY J. SMITH, SR.,<br>    Plaintiff - Appellant<br><br>v.<br><br>COMMUNITY CARE INC. and GUARDIANTRAC LLC<br>d/b/a GT INDEPENDENCE,<br>    Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 2:19-cv-01001-PP |
| Eastern District of Wisconsin |
| District Judge Pamela Pepper |
| **Originating Case Information:** |
| District Court No: 2:20-cv-01482-JPS |
| Eastern District of Wisconsin |
| District Judge J. P. Stadtmueller |

The judgment of the District Court is **AFFIRMED,** with costs. We fine Smith $7,500 for his continued vexatious litigation and order him to pay Community Care Inc. and

Guardiantrac LLC's reasonable attorney's fees incurred in defending this appeal. *See* FED. R. APP. P. 38; *see also Upchurch v. O'Brien*, 111 F.4th 805, 813–14 (7th Cir. 2024). Within fourteen days of this order, Smith must tender a check payable to the clerk of this court for the full amount of the sanction. We also direct Community Care Inc. and Guardiantrac LLC to file and serve on Smith a statement of fees and costs within fourteen days. Smith may file a response to the statement of fees and costs within fourteen days of its filing. Further, the clerks of all federal courts in this circuit shall return unfiled any papers submitted either directly or indirectly by or on behalf of Smith unless and until he pays the full sanction that has been imposed against him. *See In re City of Chicago*, 500 F.3d 582, 585–86 (7th Cir. 2007); *Mack*, 45 F.3d at 186. This filing bar excludes criminal cases and applications for writs of habeas corpus. *See Mack*, 45 F.3d at 186–87. If Smith, despite his best efforts, is unable to pay in full all outstanding sanctions, he is authorized to submit to this court a motion to modify or rescind this order no earlier than two years from the date of this order. *In re City of Chicago*, 500 F.3d at 585–86; *Mack*, 45 F.3d at 186. We note that this sanction has no effect on the filing bar imposed by the district court. The above is in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment** (form ID: **132**)