# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



**ORDER**

November 21, 2025

*Before*
DAVID F. HAMILTON, *Circuit Judge*
DORIS L. PRYOR, *Circuit Judge*
JOSHUA P. KOLAR, *Circuit Judge*

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

| | |
|---|---|
| No. 25-1148 | BARRY J. SMITH, SR., <br>     Plaintiff - Appellant <br> v. <br> UNITED STATES CONGRESS and WISCONSIN LEGISLATURE, <br>     Defendants - Appellees |
| No. 25-1540 | BARRY J. SMITH, SR., <br>     Plaintiff - Appellant <br> v. <br> COMMUNITY CARE INC. and GUARDIANTRAC LLC, <br>     Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 2:19-cv-01001-PP <br> Eastern District of Wisconsin <br> District Judge Pamela Pepper | |
| **Originating Case Information:** | |
| District Court No: 2:20-cv-01482-JPS <br> Eastern District of Wisconsin <br> District Judge J. P. Stadtmueller | |

The following are before the court:

1    **RULE 35(b) PETITION FOR REHEARING EN BANC**, filed on October 22, 2025, by the pro se appellant.

| | |
|---|---|
| 2 | **DECLARATION OF ERIN M. COOK IN SUPPORT OF DEFENDANT-APPELLEE GUARDIANTRAC LLC'S ATTORNEYS' FEES**, filed on October 23, 2025, by counsel for the appellee Guardiantrac LLC. |
| 3 | **DECLARATION OF FEES AND COSTS OF DEFENDANT-APPELLEE COMMUNITY CARE, INC. BY ATTORNEY EMILY LOGAN STEDMAN**, filed on October 23, 2025, by counsel for the appellee Community Care, Inc. |
| 4 | **FEDERAL RULE APPELLATE PROCEDURE 39(d)(2) OBJECTIONS AND MOTION TO RECONSIDER RULE 41(d) MOTION TO STAY MANDATE**, filed on November 3, 2025, by the pro se appellant. |
| 5 | **MOTION TO CORRECT CLERK'S ERROR IN FAILING TO SCAN PAGE 2 OF APPELLANT'S FEDERAL RULE APPELLATE PROCEDURE 39(d)(2) OBJECTIONS AND MOTION TO RECONSIDER RULE 41(d) MOTION TO STAY MANDATE**, filed November 17, 2025, by the pro se appellant. |

On consideration of the petition for rehearing and petition for rehearing en banc, no judge in regular active service has requested a vote on the petition for rehearing en banc[1] and the judges on the original panel have voted to deny rehearing. Therefore, **IT IS ORDERED** that the petition for rehearing and petition for rehearing en banc is **DENIED**.

Further, on October 10, 2025, we concluded that Barry Smith must compensate Community Care Inc. and Guardiantrac LLC for the legal fees and other costs that they were forced to incur by Smith's unnecessary appeal. Community Care filed a statement seeking $13,769.50, and Guardiantrac LLC filed a statement seeking $21,153. Smith has responded.

Thus, **IT IS FURTHER ORDERED** that Barry Smith shall pay $8,000 to Community Care Inc. and $8,000 to Guardiantrac LLC as compensation for this frivolous appeal. An award exceeding that amount is difficult to justify, given that appellees submitted a joint brief and much of the legal work should have preceded the appeal. As a result, we decline to award the full amount sought by the appellees.

Form name: **c7_Order_3J** (form ID: **177**)

---

[1] Circuit Judge Taibleson did not participate in the consideration of this petition for rehearing en banc.